tion for writ of certiorari to the Supreme Court of Florida denied. *Mr. Thos. B. Adams* for petitioners. *Messrs. Giles J. Patterson* and *John W. Harrell* for respondents.

No. 733. TERMINAL RAILROAD ASSOCIATION OF ST. LOUIS *v.* COPELAND, ADMINISTRATRIX. January 15, 1945. Petition for writ of certiorari to the Supreme Court of Missouri denied. *Mr. Arnot L. Sheppard* for petitioner. *Mr. Cyrus A. Geers* for respondent.

No. 738. MINNESOTA MINING & MANUFACTURING CO. *v.* COE, COMMISSIONER OF PATENTS. January 15, 1945. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Messrs. Harold J. Kinney* and *Charles S. Grindle* for petitioner. *Solicitor General Fahy, Assistant Attorney General Shea,* and *Mr. Joseph B. Goldman* for respondent.

No. 755. COWDRICK, GENERAL ADMINISTRATRIX, *v.* PENNSYLVANIA RAILROAD CO. January 15, 1945. Petition for writ of certiorari to the Court of Errors and Appeals of New Jersey denied. *Mr. Edward W. Haines* for petitioner. *Messrs. Frederic D. McKenney, R. Aubrey Bogley, John A. Hartpence,* and *Adelbert S. Schroeder* for respondent.

No. 669. COHEN *v.* UNITED STATES;
No. 670. RAFFE *v.* UNITED STATES;
No. 671. ROGOFF *v.* UNITED STATES;
No. 682. ROSENBERG *v.* UNITED STATES; and